UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 1:17-cv-02450

Kathy Buck,
    Plaintiff,

v.

Metro Collection Service Inc.,
    Defendant.

_____

## COMPLAINT

_____

1. Plaintiff is an individual consumer who resides in Gilcrest, CO.

2. Defendant Metro Collection Service Inc. ("Metro") is a collection agency located at 2600 S Parker Rd, Bldg 4, Suite 340, Aurora, CO 80014.

3. Metro's principal purpose is to collect debts allegedly due another.

4. In December 2015, Plaintiff took out a loan of $2,000 with Western States Healthcare ("Western"), which was incurred for Plaintiff's personal medical expenses.

5. The contract between Plaintiff and Western required Plaintiff to repay $2,600, once Plaintiff's personal injury case was <u>resolved</u>, which meant once the case was either settled or a judgment entered.

6. As of the date of this complaint, Plaintiff has not even filed or settled her personal injury case yet, and therefore, under the contract between Plaintiff and Western, the $2,600 is not yet due and owing.

7. In spite of the fact that the $2,600 is not yet due and owing, Western wrongfully assigned the loan to Metro for collections.

8. On April 4, 2017, Metro improperly sued Plaintiff in Weld County Court, seeking to collect on the Western loan, which by its terms, was not even due yet because Plaintiff's personal injury case had not settled or been filed yet.

9. On May 19, 2017, Plaintiff filed an answer to Metro's lawsuit, including counterclaims. Plaintiff's prior attorney, Richard Blundell, had a conversation with Metro's attorney, and explained why the money was not yet due and owing, but Metro persisted in moving forward with the lawsuit.

10. On June 19, 2017, Metro filed a self styled "Motion for Judgment on the Pleadings", which falsely misrepresented the character, status, and/or amount of the debt. For example, paragraph 5 of Metro's motion for judgment on the pleadings contained the following confusing statement:

> 5. As set forth in the Plaintiff's Complaint, Defendant is indebted to Plaintiff for the principal balance due under the agreement of $0.00, and interest of $0.0000% per annum through June 6, 2017.

11. Next, Metro's Motion for Judgment on the Pleadings contained the following confusing statement:

> 6. Plaintiff is also entitled to recover attorney's fees based on the agreement of $750.00 and costs of $0.00 as set forth in the attached affidavit.

12. Toward the end of Metro's motion, Metro including the following statement, which contradicted its previous allegations, and was a false representation of the debt:

> WHEREFORE, Plaintiff requests this Court enter judgment against Defendant(s), KATHY BUCK and in favor of Plaintiff, Metro Collection Service, Inc. for principal of $2,932.00, accrued interest of $157.29 (as of June 8, 2017) and attorney's fees of $750.00 totaling $3,839.29, plus costs of $145.33; and to Order that interest on the portion of the judgment which is unpaid shall continue to accrue at the rate of 8% per annum.

**COUNT I, FAIR DEBT COLLECTION PRACTICES ACT**

13. Plaintiff re-alleges and incorporates the above paragraphs as if fully set out herein.

14. Metro violated the FDCPA in the following ways:

   a. misrepresenting the character, status, and/or amount of the debt in its June 19, 2017 Motion for Judgment on the Pleadings. 15 U.S.C. § 1692e(2).

   b. using false and deceptive means to collect a debt, including falsely alleging that the debt was due and owing when it was not, and giving contradictory amounts of principle, interest, and costs in various parts of the Motion For Judgment On The Pleadings. 15 U.S.C. § 1692e(10).

15. As a result of Metro's violations of the FDCPA, Plaintiff seeks statutory damages of $1,000, together with attorney fees and costs.

Dated: October 12, 2017

s/ Matthew R. Osborne
11178 Huron St., Ste 7
Northglenn, CO 80234
(303) 759-7018
matt@mrosbornelawpc.com
*Attorney for Plaintiff*